# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Matthew C. Key,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-0284-CV-W-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, January 12, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed September 16, 2011 [Doc. 14]; the *Brief of Defendant*, filed October 31, 2011 [Doc. 15]; and *Plaintiff's Reply Brief*, filed November 22, 2011 [Doc. 17]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the January 12, 2012 argument. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral arguments so that the Commissioner will know the basis upon which this case is remanded.

    */s/ John T. Maughmer*
    **JOHN T. MAUGHMER**
    **U. S. MAGISTRATE JUDGE**