IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Matthew Key, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-0284-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C.* §406(b) filed February 3, 2012. After due consideration of the issues presented and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant to 42 U.S.C.* §406(b) filed February 3, 2012 is **GRANTED** and plaintiff is awarded $8,000.00 in EAJA fees. Payment shall be mailed to the office of Plaintiff's counsel.

                                                           */s/ John T. Maughmer*
                                                         **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**